Form 3A
(10/05)

# United States Bankruptcy Court
_Northern_ District Of ____Illinois____

In re __Cynthia Willis__,    Case No. __08-12244__
         Debtor
                             Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __$274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   68.50   $ ~~5-30-08~~   Check one ☐ With the filing of the petition, or
                                    ☒ On or before __5-30-08__
   
   $ __68.50__ on or before __6-25-08__
   $ __68.50__ on or before __7-25-08__
   $ __68.50__ on or before __8-25-08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      _Cynthia Willis_  _5-13-08_
Signature of Attorney   Date    Signature of Debtor   Date
                                (In a joint case, both spouses must sign.)

_____      _____
Name of Attorney                Signature of Joint Debtor (if any)   Date

[FILED stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, MAY 14 2008, KENNETH S. GARDNER, CLERK, PS REP. - CK]

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____Illinois_____

In re  Cynthia Wilks,                                    Case No. 08-12244
           Debtor

                                                         Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐  With the filing of the petition, or
                                ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                         BY THE COURT

Date: **MAY 1 4 2008**                                   **KENNETH S. GARDNER**
                                                         **Clerk, U.S. Bankruptcy Court**

                                                         Kenneth S. Gardner, Clerk of the Court