```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12244
   CYNTHIA WILKS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2986


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 05/14/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------------
COUNTRYWIDE MORTGAGE        SECURED NOT I          .00          .00            .00
WELLS FARGO BANK NA         CURRENT MORTG          .00          .00            .00
GMAC MORTGAGE               SECURED NOT I    292563.85          .00            .00
CITY OF CHICAGO WATER DE    UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED         2861.44           .00            .00
GMAC MORTGAGE CORP          NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO BANK NA         SECURED NOT I     45668.29          .00            .00
HOME LOAN SERVICES INC      NOTICE ONLY    NOT FILED            .00            .00
GMAC MORTGAGE               SECURED NOT I     33815.21          .00            .00
WELLS FARO BANK             NOTICE ONLY    NOT FILED            .00            .00
PRO SE DEBTOR               DEBTOR ATTY           .00                          .00
TOM VAUGHN                  TRUSTEE                                            .00
DEBTOR REFUND               REFUND                                             .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        ---------------        ---------------
TOTALS                       .00                       .00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12244 CYNTHIA WILKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 12244 CYNTHIA WILKS